FILED
JUN 01 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

# United States Bankruptcy Court
# Central District of California

|   |   |
|---|---|
| PAUL LEVAN | ) Chapter 13 |
|   | ) Case No.: 8:04-bk-15337-ES |
| BICH HANG THI NGUYEN | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|   | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300720** in the sum of **$289.69** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

CITIBANK
4300 WESTOWN PARKWAY
WEST DES MOINES, IA 50266

Date: May 24, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0415337 | PAUL LEVAN & BICH HANG THI NGUYEN<br>ACCT: 227367034 | Claim: 00011 | XXX-XX-9218<br>XXX-XX-2280 | 289.69 | 0.00 | 289.69 |
| | | TOTALS | | 289.69 | 0.00 | 289.69 |

PAUL LEVAN
BICH HANG THI NGUYEN
BALANCE:              [0.00  33/00011]
SSN: XXX-XX-9218    SSN: XXX-XX-2280
ACCT: 227367034                    CASE: 0415337
PRINCIPAL:         289.69    INTEREST:         0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300720

Apr 28, 2010

VOID 90 DAYS FROM DATE

*******$289.69

**PAY**  Two Hundred Eighty Nine And 69 / 100 Dollars

**TO THE ORDER OF**  *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300720⑈ ⑆061100790⑆000000575186 2⑈